ACCEPTED
14-14-0838-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/26/2015 6:29:13 PM
CHRISTOPHER PRINE
CLERK

# No. 14-14-00838-CV

FINSERV CASUALTY CORP., CAPSTONE ASSOCIATED SERVICES, LTD., FILED IN
14CURT OF APPEALS
HOUSTON, TEXAS LIQUIDATING MARKETING, LTD., RSL FUNDING, LLC, RSL-3B-IL, LTD., 10/26/2015 6:29:13 PM RSL-5B-IL, LTD. AND RSL SPECIAL-IV, LTDCHRISTOPHER A. PRINE
Clerk

V.

TRANSAMERICA LIFE INSURANCE COMPANY AND
TRANSAMERICA ANNUITY SERVICES CORPORATION

ON APPEAL FROM THE 165TH DISTRICT COURT
IN HARRIS COUNTY, TEXAS, CAUSE NO. 2011-05238

## APPELLANTS' UPDATED CERTIFICATE OF CONFERENCE FOR THEIR AMENDED MOTION TO AMEND BRIEF TO ADD RECORD CITATIONS

**Michael Choyke**
State Bar No. 00793504
WRIGHT & CLOSE, LLP
One Riverway, Suite 2200
Houston, Texas 77056
(713) 572-4321
(713) 572-4320 (fax)
choyke@wrightclose.com

**E. John Gorman**
State Bar No. 08217560
**John R. Craddock**
State Bar No. 04969800
THE FELDMAN LAW FIRM LLP
Two Post Oak Central
1980 Post Oak Blvd., Suite 1900
Houston, Texas 77056-3877
(713) 850-0700
(713) 850-8530 (fax)
jgorman@feldlaw.com
jcraddock@feldlaw.com

**COUNSEL FOR APPELLANTS**

MAY IT PLEASE THE COURT:

Appellants FinServ Casualty Corp., Capstone Associated Services, Ltd., Liquidating Marketing, Ltd. f/k/a Rapid Settlements, Ltd., RSL-3B-IL, Ltd., RSL-5B-IL, Ltd., RSL Funding, LLC, and RSL Special-IV, Ltd. update their certificate of conference for their amended motion for leave to amend their brief to add record citations.  At 5:50 p.m. on October 26, 2015, counsel for the Transamerica Parties advised counsel for the appellants that his clients oppose the relief sought by the amended motion for leave to amend their brief to add record citations.  This notice updates and corrects the certificate of conference that accompanies the amended motion for leave to amend their brief filed by the appellants on October 26, 2015.

Respectfully submitted,


 /s/  *E. John Gorman*
E. John Gorman
State Bar No. 08217560
THE FELDMAN LAW FIRM LLP
Two Post Oak Central
1980 Post Oak Boulevard, Ste. 1900
Houston, TX 77056-3877
(713) 850-0700
(713) 850-8530 (fax)
jgorman@feldlaw.com

Michael Choyke
State Bar No. 00793504
WRIGHT & CLOSE, LLP
One Riverway, Suite 2200

Houston, Texas 77056
(713) 572-4321
(713) 572-4320 (fax)
choyke@wrightclose.com

**COUNSEL FOR APPELLANTS**

**CERTIFICATE OF CONFERENCE**

I certify conferring with counsel for the Transamerica Parties, David Pybus, by email exchanges on October 23 and 26, 2015, about the relief sought by the original and amended motions for leave to amend the brief. On October 26, 2015, at 5:50 p.m., Mr. Pybus advised that his clients oppose the relief requested by the appellants. This certificate complies with the requirements with Texas Rule of Appellate Procedure 10.1(a)(5).

_/s/ E. John Gorman_
E. John Gorman

**CERTIFICATE OF SERVICE**

I certify delivering a true and correct copy of this updated certificate of conference for the amended motion for leave to amend brief to all counsel of record on October 26, 2015, in compliance with Texas Rule of Appellate Procedure 9.5:

David L. Pybus
PREIS, PLC
24 Greenway Plaza, Suite 2050
Houston, TX 77046

_/s/ E. John Gorman_
E. John Gorman